IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BILLY WILLIAMS and TERESA WILLIAMS, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>BALBOA INSURANCE COMPANY, )<br><br>Defendant. ) | CASE NO. 1:07-CV-549-WHA |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Defendant Balboa Insurance Company, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047. These entities are as follows:

Countrywide Financial Corporation
Balboa Home Warranty Protection Company, Inc.
Balboa Insurance Company
Balboa Insurance Group, Inc.
Balboa Life & Casualty LLC
Balboa Life Insurance Company
Balboa Life Insurance Company of New York
Balboa Reinsurance Company
Balboa Reinsurance Company of South Carolina
Balboa Warranty Services Corporation
Calabasas Commerce Center II Association
CB Securities Holdings 1, Inc.
CB Securities Holdings 2, Inc.

CFC India Services Private Limited
CFC International Capital Markets, Limited (fka CCM International Limited)
CFC International Mauritius Limited
CFC International (Processing Services) Limitada
CHL Transfer Corp.
Countrywide Alternative Asset Management Inc. (fka CAA Management Inc. and CAI Management Inc.)
Countrywide Alternative Investments Inc.
Countrywide Asset Management Corp.
Countrywide Bank, FSB
Countrywide Capital I
Countrywide Capital II
Countrywide Capital III
Countrywide Capital IV
Countrywide Capital IX
Countrywide Capital Markets Asia (H.K.) Limited
Countrywide Capital Markets Asia Ltd.
Countrywide Capital Markets Asia Singapore Pte. Ltd.
Countrywide Capital Markets, Inc.
Countrywide Capital V
Countrywide Capital VI
Countrywide Capital VII
Countrywide Capital VIII
Countrywide Commercial Administration LLC
Countrywide Commercial JPI LLC
Countrywide Commercial Real Estate Finance, Inc.
Countrywide Derivative Products Inc.
Countrywide Field Services Corporation
Countrywide Financial Holding Company, Inc.
Countrywide GP, Inc. (general partner of Countrywide Home Loans Servicing LP)
Countrywide Hillcrest I, Inc.
Countrywide Home Loans of Minnesota, Inc.
Countrywide Home Loans of Tennessee, Inc.
Countrywide Home Loans of Texas, Inc.
Countrywide Home Loans Servicing LP
Countrywide Home Loans, Inc.
Countrywide Insurance Services of Texas, Inc.
Countrywide Insurance Services, Inc.
Countrywide Insurance Services, Inc.
Countrywide International Consulting Services, LLC
Countrywide International GP Holdings, LLC
Countrywide International Holdings, Inc.
Countrywide International Technology Holding Limited

Countrywide Investment Services, Inc.
Countrywide JV Technology Holdings Limited
Countrywide LFT LLC
Countrywide LP, Inc. (limited partner of Countrywide Home Loans Servicing LP)
Countrywide Management Corporation
Countrywide Mortgage Ventures, LLC
Countrywide Portfolio Accounting Services Inc.
Countrywide Securities Corporation
Countrywide Servicing Exchange
Countrywide Sunfish Management LLC
Countrywide Tax Services Corporation
Countrywide Warehouse Lending
Countrywide Warehouse Lending Assets LLC
CSC Futures Inc.
CTC Real Estate Services
CW (UK) Services Limited
CW Securities Holdings, Inc.
CW TechSolutions Limited
CW UKTechnology Limited
CWABS II, Inc.
CWABS, Inc.
CWALT, Inc.
CWB Community Assets, Inc.
CWHEQ, Inc.
CWIBH, Inc.
CWMBS II, Inc.
CWMBS, Inc.
CWRBS, Inc.
Directnet Insurance Agency of Arizona, Inc.
Directnet Insurance Agency, Inc.
Effinity Financial Corporation
GHL Mortgage Originations Limited
GHL Mortgage Services Limited
GHL Payment Transmission Limited
GHL Services Limited
GHL Technology Limited Partnership
Global Home Loans Limited
GlobaLoans International Technology Limited Partnership
GlobaLoans JV Limited Partnership
HLTV Securitization Corporation
LandSafe Appraisal Services, Inc.
LandSafe Credit, Inc.
LandSafe Flood Determination, Inc.

LandSafe Services of Alabama, Inc.
LandSafe Services, Inc.
LandSafe Title Agency of Ohio, Inc.
LandSafe Title of California, Inc.
LandSafe Title of Florida, Inc.
LandSafe Title of Maryland, Inc.
LandSafe Title of Texas, Inc.
LandSafe Title of Washington, Inc.
LandSafe, Inc.
Meritplan Insurance Company
Newport E&S Insurance Company
Newport Insurance Company
Newport Management Corporation
Park Granada LLC
Park Monaco Inc.
Park Sienna LLC
ReconTrust Company, National Association
The Countrywide Foundation
Trusite Real Estate Services, Inc.

                                                                                    *s/Henry T. Morrissette*
                                                                                  HENRY T. MORRISSETTE
                                                                                  Bar No.: 7622-E54H

OF COUNSEL:

HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
Telephone: (251) 432-5511
Facsimile: (251) 694-6375
E-Mail: hmorrissette@handarendall.com

                                                                                  STEPHEN N. FITTS, III
                                                                                  Bar No.: 9079-T52F

HAND ARENDALL, LLC
2001 Park Place North, Suite 1200
Birmingham, Alabama 35203
Telephone: (205) 324-4400                      Attorneys for Defendant Balboa
Facsimile: (205) 397-1316                      Insurance Company
E-Mail: sfitts@handarendall.com

## CERTIFICATE OF SERVICE

I do certify that on **June 22, 2007**, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, and request the Court to serve the same electronically, on the following counsel:

Joseph Dan Talmadge , Jr.    dtalmadge@mcatlaw.com

*s/Henry T. Morrissette*
OF COUNSEL
