IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BILLY WILLIAMS and | ) |
| TERESA WILLIAMS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   CASE NO. 1:07-CV-549-WHA |
| | ) |
| BALBOA INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

PLAINTIFF'S CONFLICT DISCLOSURE STATEMENT

COMES NOW Plaintiffs in compliance with the Court's Order requiring parties to file a statement identifying parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities that could potentially pose a financial or professional conflict for a Judge, and hereby certify there are no reportable relationships.

/s/ Dan Talmadge
Dan Talmadge (TAL013)
Attorney for Plaintiff
MORRIS, CARY, ANDREWS
TALMADGE, JONES & DRIGGERS, LLC
Post Office Box 1649
Dothan, Alabama 36302
Telephone:  (334) 792-1420
Facsimile:  (334) 673-0077
Email: dtalmadge@mcatlaw.com

CERTIFICATE OF SERVICE

      I hereby certify that I have this 22nd day of June 2007, served a copy of the foregoing by electronic service or by placing a copy of same in the United States mail, postage prepaid and addressed properly to the following:

Henry T. Morrissette
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601

Stephen N. Fitts, III
HAND ARENDALL, L.L.C.
2001 Park Place North, Suite 1200
Birmingham, Alabama 35203

                                            /s/ Dan Talmadge
                                            Dan Talmadge