IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BILLY WILLIAMS and TERESA WILLIAMS, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) CASE NO. 1:07-CV-549-WHA ) |
| BALBOA INSURANCE COMPANY, | ) ) |
| Defendants. | ) |

JOINT MOTION TO AMEND THE SCHEDULING ORDER

Plaintiffs and defendant jointly move the court for an order amending the scheduling order as follows:

1. The deadlines for motions to amend the pleadings under the scheduling order were October 30, 2007 for plaintiffs and November 30, 2007 for defendant. Plaintiffs request that the new deadline for their **motions to amend the pleadings** be **January 15, 2008**. Defendant requests that the new deadline for its motions to amend the pleadings be **February 1, 2008**. Neither party opposes and both hereby agree to the extension of time for motions to amend the pleadings sought by the other.

2. The deadline for defendant's expert disclosures under the scheduling order is January 15, 2008. Defendant requests that the new deadline for **defendant's expert disclosures** be **February 15, 2008**. Plaintiff does not oppose and hereby agrees to the extension of time for expert disclosures sought by defendant.

3. The deadline for dispositive motions under the scheduling order is January 22, 2008. The parties request that the new deadline for **dispositive motions** be **February 22, 2008**.

4. Allowing the additional time requested for amendments to the pleadings will

enable plaintiff to clarify for the court and jury that two theories of breach of contract that are being pursued in this action. No prejudice will result by allowing these theories to be more clearly articulated.

5. Allowing the additional time requested for defendant's expert disclosures and dispositive motions will allow defendant time to address the plaintiff's amended complaint and enhance the possibility of settlement over the next few weeks since defendant will not be spending money to defend the case while settlement discussions are ongoing.

Respectfully submitted this the 14th day of January, 2008.

Attorney for plaintiff:

/s/ Dan Talmadge
Dan Talmadge (TAL013)
MORRIS, CARY, ANDREWS
TALMADGE & DRIGGERS, LLC
Post Office Box 1649
Dothan, Alabama 36302
Telephone: (334) 792-1420
Facsimile: (334) 673-0077
Email: dtalmadge@mcatlaw.com

Attorney for defendant:

/s/ Henry Morrisette
Henry Morrisette
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
Telephone: (251) 432-5511