IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

BILLY WILLIAMS, et al.,        )
                                  )
            Plaintiffs,     )
                                  )
vs.                              )   CIVIL ACTION NO. 1:07cv549-WHA
                                  )
BALBOA INSURANCE COMPANY,  )
                                  )
            Defendant.    )

## **ORDER**

Upon consideration of the Joint Motion to Amend the Scheduling Order (Doc. #9) and

Motion to Amend Complaint (Doc. #10), it is hereby

ORDERED that both motions are GRANTED, the First Amended Complaint is allowed

to be filed, and the scheduling order is AMENDED as requested in the joint motion.

Counsel are advised that moving the deadline for dispositive motions from January 22,

2008, to February 22, 2008, may well result in any such motion not being resolved before the

pretrial hearing.

DONE this 22nd day of January, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE