IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BILLY WILLIAMS and | ) | |
| TERESA WILLIAMS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07-CV-549-WHA |
| | ) | |
| BALBOA INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

In accordance with Section 3 of the Uniform Scheduling Order, counsel for the parties conducted a face-to-face settlement conference on February 11, 2008 in Pensacola, Florida. During the conference, both sides engaged in good faith settlement negotiations, but no settlement could be reached. Counsel also discussed mediation and determined that mediation was not likely to assist the parties in reaching a settlement.

/s/ Dan Talmadge
Dan Talmadge (TAL013)
Attorney for Plaintiff

MORRIS, CARY, ANDREWS
TALMADGE & DRIGGERS, LLC
Post Office Box 1649
Dothan, Alabama 36302
Telephone: (334) 792-1420
Facsimile: (334) 673-0077
Email: dtalmadge@mcatlaw.com

CERTIFICATE OF SERVICE

       I hereby certify that I have this 12th day of February 2008, served a copy of the foregoing by electronic service to the following:

Henry T. Morrissette  
HAND ARENDALL, L.L.C.  
Post Office Box 123  
Mobile, Alabama 36601

Stephen N. Fitts, III  
HAND ARENDALL, L.L.C.  
2001 Park Place North, Suite 1200  
Birmingham, Alabama 35203

                                              /s/ Dan Talmadge  
                                              Dan Talmadge