IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BILLY WILLIAMS and <br> TERESA WILLIAMS, <br><br> Plaintiffs, <br><br> vs. <br><br> BALBOA INSURANCE COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO.   1:07-cv-549 <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, defendant Balboa Insurance Company moves this Court to enter summary judgment in its favor on all of plaintiffs' claims as there is no disputed issue of material fact, and defendant is entitled to summary judgment as a matter of law. Defendant has filed herewith a brief in support of its motion for summary judgment and evidentiary materials in support of its motion for summary judgment. Defendant adopts and incorporates herein the brief and the evidentiary materials filed in support of its motion for summary judgment.

Respectfully submitted,

*s/Henry T. Morrissette*
HENRY T. MORRISSETTE
Bar No.: 7622-E54H

OF COUNSEL:

HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama  36601
Telephone:    (251) 432-5511

- 1 -

Fax: (251) 694-6375
E-Mail: hmorrissette@handarendall.com

        STEPHEN N. FITTS, III
        Bar No.: 9079-T52F

HAND ARENDALL, LLC
2001 Park Place North, Suite 1200
Birmingham, Alabama 35203
Telephone: (205) 324-4400
Facsimile: (205) 397-1316
E-Mail: sfitts@handarendall.com

        Attorneys for Defendant Balboa Insurance
        Company

## CERTIFICATE OF SERVICE

I do certify that on **February 22, 2008**, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, and request the Court to serve the same electronically, on the following counsel:

Joseph Dan Talmadge, Jr.    dtalmadge@mcatlaw.com

        *s/Henry T. Morrissette*
        OF COUNSEL

733305