IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

BILLY WILLIAMS, et al.,                    )
                                           )
            Plaintiffs,                    )
                                           )
vs.                                        )   CIVIL ACTION NO. 1:07cv549-WHA
                                           )
BALBOA INSURANCE COMPANY,                  )
                                           )
            Defendant.                     )

## <u>ORDER</u>

The Defendant's Motion for Summary Judgment (Doc. #15), filed on February 22,  2008, will be deemed submitted to this Court on March 24, 2008, without oral argument.  If either party desires oral argument, such party should so notify the Court and opposing counsel by March 24, 2008.  If, after considering the parties' submissions, the Court finds oral argument is necessary, a hearing will be scheduled, and the parties will be notified of the date of the hearing.

Affidavits, briefs, depositions, or other documents which the Plaintiff wishes to file in opposition to said motion shall be filed on or before March 17, 2008.

The Defendant shall have until March 24, 2008, to file any reply it wishes to file.

If a document, including a deposition, is to be considered on the issue of summary judgment, a party shall specifically designate which parts of the document are deemed relevant. The designation of parts of depositions shall be by page and line numbers.  No parts of documents not so specifically designated will be considered.

DONE this 25th day of February, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE