IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BILLY WILLIAMS and ) | |
| TERESA WILLIAMS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CASE NO.   1:07-cv-549 |
| ) | |
| BALBOA INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO STAY DISCOVERY PENDING RESOLUTION OF STANDING ISSUE

Defendant Balboa Insurance Company moves the Court to stay discovery in this matter until the Court has ruled on defendant's pending Motion for Summary Judgment concerning the issue of standing. As grounds, defendant states the following:

1.   On January 22, 2008, this Court allowed plaintiffs to amend their complaint and plaintiffs filed their amended complaint on February 1, 2008. Plaintiffs now assert claims for breach of contract, bad faith, and claims as alleged third-party beneficiaries, with respect to a lender protection insurance policy issued by defendant to GMAC Mortgage, the company that held the mortgage on the property that is the subject of this lawsuit.

2.   In response to that complaint, defendant raised the affirmative defense of lack of standing, as it had done to plaintiffs' original complaint.

3.      Subsequently, on February 22, 2008, defendant filed a motion for summary judgment on plaintiffs' claims on grounds that plaintiffs lack standing because they were not named insureds under the policy or additional insureds or intended third-party beneficiaries under the facts of the case.[1] Plaintiffs' lack of standing is a threshold jurisdictional issue in this case. *Dunning v. New England Life Ins. Co.*, 890 So.2d 92, 97 (Ala. 2003) (standing is a threshold jurisdictional requirement for the court).

4.      Prior to and subsequent to the filing of that motion for summary judgment, defendant raised the issue of seeking a stay of discovery pending a resolution of the standing issue and seeking an expedited resolution of that issue. Plaintiffs' counsel attempted to determine whether plaintiffs would consent to such a motion. Plaintiffs' counsel has now informed counsel for defendant, as of Friday, February 29, 2008, that plaintiffs would not be willing to consent to a stay pending resolution of the standing issue.

5.      The discovery deadline is approaching on March 16, 2008. Plaintiffs have requested the deposition of defendant's claim representative, Tancy Nelson, who is located in Dallas, Texas, and the deposition of David Toellner, the independent adjuster who handled the damage claim relating to the property. Defendant has requested the deposition of the contractor who provided the detailed estimate of the work on the property that is the subject of this lawsuit, and

---

[1] Since defendant faced the dispositive motion deadline, defendant also moved for summary judgment on the basis that there was no evidence to support plaintiffs' bad faith claim.

may require some additional discovery prior to the deadline. This discovery does not in any way impact the standing issue, as to which the facts are undisputed.

7.   Defendant seeks to have the Court stay discovery in this action, and allow consideration of the standing issue on an expedited basis. The burden and expense of additional discovery could be rendered needless by a decision on the threshold standing issue.

8.   If the Court finds that plaintiffs do not lack standing, the additional discovery could be completed within one month so as to avoid any substantial delay in the resolution of this action and avoid any prejudice to plaintiffs.

WHEREFORE, Defendant Balboa requests that this Court ender an order staying discovery pending the resolution of defendant's motion for summary judgment asserting plaintiffs' lack of standing.

Respectfully submitted,

s/Henry T. Morrissette
HENRY T. MORRISSETTE
Bar No.: 7622-E54H

OF COUNSEL:

HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
Telephone:   (251) 432-5511
Fax:         (251) 694-6375
E-Mail: hmorrissette@handarendall.com

STEPHEN N. FITTS, III
Bar No.: 9079-T52F

HAND ARENDALL, LLC
2001 Park Place North, Suite 1200
Birmingham, Alabama 35203
Telephone: (205) 324-4400
Facsimile: (205) 397-1316
E-Mail: sfitts@handarendall.com

                Attorneys for Defendant Balboa Insurance
                Company

### CERTIFICATE OF SERVICE

  I do certify that on **March 3, 2008**, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, and request the Court to serve the same electronically, on the following counsel:

Joseph Dan Talmadge , Jr.  dtalmadge@mcatlaw.com

                *s/Henry T. Morrissette*
                OF COUNSEL

736673