IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BILLY WILLIAMS and TERESA WILLIAMS, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) ) | CASE NO.   1:07-cv-549 |
| BALBOA INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

## MOTION TO STAY DISCOVERY PENDING RESOLUTION OF STANDING ISSUE

Defendant Balboa Insurance Company moves the Court to stay discovery in this matter until the Court has ruled on defendant's pending Motion for Summary Judgment concerning the issue of standing. As grounds, defendant states the following:

1.  On January 22, 2008, this Court allowed plaintiffs to amend their complaint and plaintiffs filed their amended complaint on February 1, 2008. Plaintiffs now assert claims for breach of contract, bad faith, and claims as alleged third-party beneficiaries, with respect to a lender protection insurance policy issued by defendant to GMAC Mortgage, the company that held the mortgage on the property that is the subject of this lawsuit.

2.  In response to that complaint, defendant raised the affirmative defense of lack of standing, as it had done to plaintiffs' original complaint.

**MOTION DENIED**
THIS _4th_ DAY OF _March_, 20 _08_

_/s/ Harold Albritton_
UNITED STATES DISTRICT JUDGE

1