IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BILLY WILLIAMS and<br>TERESA WILLIAMS, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| vs. | )<br>) | CASE NO.   1:07-cv-549 |
| BALBOA INSURANCE COMPANY, | )<br>)<br>) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO ENLARGE DISCOVERY
DEADLINE TO TAKE DEPOSITION OF ERIC DINGMAN**

Defendant Balboa moves the Court to allow defendant to take deposition of Eric Dingman beyond the discovery deadline. As grounds, defendant states the following:

1. Defendant has requested the deposition of Eric Dingman, a witness that plaintiffs have listed as someone who may provide expert testimony.

2. Plaintiffs' counsel has indicated that he is willing to assist with the arrangements of procuring the deposition of Mr. Dingman.

3. Because of scheduling difficulties, the parties have been unable to secure a date for Mr. Dingman's deposition before the deadline for completing discovery.

4. Defendant requests leave to take Mr. Dingman's deposition beyond the discovery deadline, at a date and time agreed upon by the parties as soon as Mr. Dingman is available.

5. Plaintiffs consent to the granting of this motion.

6. No other deadlines will be affected by the granting of this motion. The parties anticipate that the deposition can be obtained within the next two weeks.

WHEREFORE, the above premises considered, defendant requests that the Court enter an order granting this unopposed motion.

Respectfully submitted,

*s/Henry T. Morrissette*
HENRY T. MORRISSETTE
Bar No.: 7622-E54H

OF COUNSEL:

HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
Telephone:   (251) 432-5511
Fax:         (251) 694-6375
E-Mail: hmorrissette@handarendall.com

STEPHEN N. FITTS, III
Bar No.: 9079-T52F

HAND ARENDALL, LLC
2001 Park Place North, Suite 1200
Birmingham, Alabama 35203
Telephone: (205) 324-4400
Facsimile: (205) 397-1316
E-Mail: sfitts@handarendall.com

Attorneys for Defendant Balboa Insurance Company

## CERTIFICATE OF SERVICE

I do certify that on **March 13, 2008**, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, and request the Court to serve the same electronically, on the following counsel:

Joseph Dan Talmadge , Jr.   dtalmadge@mcatlaw.com

s/Henry T. Morrissette
OF COUNSEL

740851