IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BILLY WILLIAMS, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 1:07cv549-WHA |
| | ) |
| BALBOA INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the Unopposed Motion to Enlarge Discovery Deadline to Take Deposition of Eric Dingman (Doc. #21), filed on March 13, 2008, and for good cause shown, the motion is GRANTED.

DONE this 14th day of March, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE