IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BILLY WILLIAMS, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 1:07-CV-549-WHA |
| ) | |
| BALBOA INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This case is before the court on the removing Defendant's Motion for Summary Judgment (Doc. # 15). In its Amended Complaint, Plaintiffs seeks unspecified compensatory and punitive damages. (Doc. # 12). It appears to this Court from the briefs submitted that the Plaintiffs seek $109.93 in compensatory damages plus such punitive damages as a jury would award for its bad faith claim. (Pl.'s Br. in Opp., Doc. # 23 at 10-11.)

As a court of limited jurisdiction, a federal court "is obligated to inquire into subject matter jurisdiction *sua sponte* whenever it may be lacking." *Univ. of S. Alabama v. Am. Tobacco Co.,* 168 F.3d 405, 410 (11th Cir. 1999). The court therefore requests that both parties submit briefs with respect to the issue of this court's subject matter jurisdiction over the Plaintiffs' claims, specifically addressing how the amount in controversy exceeds $75,000.00. These briefs shall be filed with the court on or before **Thursday, April 3, 2008**.

DONE this 26th day of March, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE