IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BILLY WILLIAMS, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 1:07-CV-549-WHA |
| | ) | |
| BALBOA INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This case is before the court on the removing Defendant's Motion for Summary Judgment (Doc. # 15). On March 26, 2008, this court ordered the parties to file briefs regarding this court's subject matter jurisdiction in terms of the amount-in-controversy. (Doc. # 27.) From the briefs filed in accordance with such order, it appears that this court does have jurisdiction; the court will continue to take these briefs under advisement.

In its Statement in Opposition to Defendant's Motion for Summary Judgment, Plaintiff argues that the term "insurable interest," left undefined by the policy, is ambiguous and should therefore be construed against the drafter to "encompass[] only the principal balance of plaintiffs' loan." (Doc. # 23 at 10.) In its Reply brief, the Defendant raises the argument, for the first time, that the statutory definition of "insurable interest," as provided by Ala. Code § 27-14-4, should apply to encompass "the full amount owed on the loan and not just the principal amount of the loan . . . ." (Doc. # 24 at 2-3.) It appears that the plaintiff does not dispute that the full amount owed to GMAC by the plaintiffs, including but not limited to the principal balance of the loan, exceeds the $32,000 policy limit.

Assuming but not yet deciding that this court retains jurisdiction over the matter, this court gives the Plaintiff an opportunity to respond to Defendant's argument by requesting that

the Plaintiff file a brief addressing whether the Alabama statute applies to define the term "insurable interest," and if so, whether application of the statutory term does or does not resolve this case in favor of the Defendants. This brief shall be filed with the court on or before **Monday, April 14th, 2008.**

    DONE this 7th day of April, 2008.

                                 /s/ W. Harold Albritton  
                                 W. HAROLD ALBRITTON  
                                 SENIOR UNITED STATES DISTRICT JUDGE