IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

BILLY WILLIAMS, et al.,            )
                                   )
                Plaintiffs,        )
                                   )
vs.                                )    CIVIL ACTION NO. 1:07cv549-WHA
                                   )
BALBOA INSURANCE COMPANY,          )
                                   )
                Defendant.         )

## **ORDER**

     This case is set for trial on June 11, 2008.  The court was advised by the parties some while ago that this case had been settled, but no stipulation for dismissal has been filed.  It is hereby

     ORDERED that, unless the parties show good cause for the court to do otherwise **no later than June 5, 2008**, this case will be dismissed with prejudice, costs taxed as paid, on that day.

     DONE this 2nd day of June, 2008.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE