IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BILLY WILLIAMS and<br>TERESA WILLIAMS, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | CASE NO. 1:07-CV-549-WHA |
| BALBOA INSURANCE COMPANY, | )<br>)<br>) | |
| Defendants. | ) | |

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff responds to the Court Order to Show Cause dated June 2, 2008 as follows:

1.  This action was settled in principal near the end of April 2008. The settlement involved not only the claims asserted between the parties in this action, but also resolution of the potential claims of third parties against the parties to this action.

2.  The parties and third parties to the settlement were engaged in the process of jointly drafting a detailed written settlement agreement for several weeks after the agreement in principal was reached. The language of the agreement was not finalized and consented to by all parties until May 23, 2008. Plaintiffs have executed the written agreement and it is expected that defendant and the third parties will execute the agreement as early as tomorrow.

3.  Plaintiffs respectfully submit that the involvement of the third parties in the settlement of this action and the necessity of a lengthy written agreement requiring the consent of both parties and third parties has caused an unusual delay between the time the Court was notified of settlement and the submission of a stipulation for dismissal. Plaintiffs further submit that these unusual circumstances constitute good cause as to why the stipulation for dismissal has not yet been provided.

WHEREFORE plaintiffs respectfully request additional time until Monday, June 9, 2008, within which to submit the stipulation for dismissal.

/s/ Dan Talmadge
Dan Talmadge (TAL013)
Attorney for Plaintiffs
Post Office Box 1649
Dothan, Alabama 36302
Telephone: (334) 792-1420

**MOTION GRANTED**

SO ORDERED
THIS ___ DAY OF _____, 20__
_____
UNITED STATES DISTRICT JUDGE