# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BILLY WILLIAMS and** ) | |
| **TERESA WILLIAMS,** ) | |
| ) | |
|     **Plaintiffs,** ) | |
| ) | |
|     v. ) | CASE NO.: 1:07-cv-549-WHA |
| ) | |
| **BALBOA INSURANCE COMPANY,** ) | |
| ) | |
|     **Defendant.** ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Billy Williams and Teresa Williams and Defendant Balboa Insurance Company, by and through the undersigned counsel, having settled all claims that were or could have been asserted by or on behalf of Plaintiff against any Defendant in the above-styled action, stipulate to the dismissal, with prejudice, of this action and of any and all claims which Plaintiffs may have against any Defendant. Each party to bear its own costs.

Dated this 10th day of June, 2008.

                                                                   /s/ Dan Talmadge
                                                                   DAN TALMADGE

**OF COUNSEL:**
Morris, Cary, Andrews,
Talmadge & Jones, L.L.C.
P.O. Box 1649
Dothan, Alabama 36302
Telephone: (334) 792-1420
E-mail: dtalmadge@mcatlaw.com
*Attorney for Plaintiffs Billy Williams*
*and Teresa Williams*

/s/ Henry T. Morrissette
HENRY T. MORRISSETTE
Bar No.:  7622-E54H
STEPHEN N. FITTS
Bar No.:  9079-T52F

**OF COUNSEL:**
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama  36601
Telephone:     (251) 432-5511
Facsimile:      (251) 694-6375


HAND ARENDALL, L.L.C.
2001 Park Place North, Suite 1200
Birmingham, Alabama 35203
Telephone:     (205) 324-4400
Facsimile:      (205) 322-1163
*Attorneys for Defendant*
*Balboa Insurance Company*